IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

GERALD DEXTER JONES,

          Plaintiff

VS.

IRA EDWARDS, *et al.*

          Defendants

NO. 3:06-CV-34 (CDL)

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

# O R D E R

The plaintiff in the above-styled case has filed a MOTION TO APPOINT COUNSEL in the form of a letter to the undersigned. Tab #12. This is the plaintiff's second such motion in this case, the first having been denied as premature. Tabs #7 & 8. In the court's previous order, the plaintiff was advised that the undersigned would appoint counsel **on its own motion** if and when it became necessary. The facts in the case are unchanged from the plaintiff's last request and his letter Motion to Appoint Counsel (Tab #21) is therefore hereby DENIED.

SO ORDERED this 27th day of JULY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE