IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

GERALD DEXTER JONES,

    Plaintiff

vs.

IRA EDWARDS, *et al.*,

    Defendants

CASE NO. 3:06-CV-34 (CDL)

## ORDER ON REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on July 18, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 24th day of August, 2007.

                        s/Clay D. Land
                        CLAY D. LAND
          UNITED STATES DISTRICT JUDGE